**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR A. BLANCO, | ) NO. EDCV 07-00346-DOC (MAN) |
|             Petitioner, | ) |
|     v. | ) ORDER ACCEPTING FINDINGS AND |
| V. ALMAGER, WARDEN, | ) RECOMMENDATIONS OF UNITED STATES |
|             Respondent. | ) MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. The Court has conducted a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations set forth in the Report.

IT IS ORDERED that: (1) the Petition is denied; and (2) Judgment shall be entered dismissing this action with prejudice.

       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

       LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 3, 2011

                              RONALD S.W. LEW
                              HONORABLE RONALD S.W. LEW
                              SENIOR UNITED STATES DISTRICT JUDGE