**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR A. BLANCO, | ) NO. EDCV 07-00346-RSWL (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| V. ALMAGER, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 3, 2011

                                        RONALD S.W. LEW
                                      HONORABLE RONALD S.W. LEW
                                      SENIOR UNITED STATES DISTRICT JUDGE